# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# Eastern Division

CASE NO 1:20-CV-00912

| | |
|---|---|
| MICHELLE ARRIOLA, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **JURY TRIAL DEMANDED** |
| v. | |
| BUNNY FOO FOO LABS, LLC, | |
| *Defendant*, | |
| _____/ | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Michelle Arriola, and Defendant Bunny Foo Foo Labs, LLC., by and through their undersigned counsel, hereby give notice that the parties have reached a settlement with respect to Plaintiff's individual claim. Plaintiff and Defendant anticipate filing a Stipulation of Dismissal within twenty (20) days.

Dated: July 21, 2020

| **EISENBAND LAW, P.A.** | **POLALES HORTON LLP** |
|---|---|
| */s/ Michael Eisenband* <br> Michael Eisenband <br> Florida Bar No. 94235 <br> 515 E. Las Olas Boulevard, Suite 120 <br> Ft. Lauderdale, Florida 33301 <br> Email: MEisenband@Eisenbandlaw.com <br> Telephone: 954.533.4092 | */s/ Timothy Horton* <br> Dean J. Polales (ARDC # 3125505) <br> Timothy E. Horton (ARDC #6277683) <br> 53 W. Jackson Blvd., Suite 928 <br> Chicago, Illinois 60604 <br> thorton@polaleshorton.com <br> Telephone: (312) 598-2522 |
| **Attorney for Plaintiff** | **Attorney for Defendant** |